UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cr-15-BR

UNITED STATES OF AMERICA,

v.                                    ORDER

GUOTAO TAN,

    Defendant.
_____/

This matter is before the court on defendant's motion to seal her amended sentencing memorandum. The motion is GRANTED IN PART and DENIED IN PART. The Clerk is DIRECTED to maintain under seal only Exhibit A to the memorandum.

This 23 September 2014.

                                                               W. Earl Britt
                                                                Senior U.S. District Judge