IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-15-BR

UNITED STATES OF AMERICA )
)
     v. )
)
GUOTAO TAN, )
a/k/a Jennifer Tan )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 22, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. §§ 2320 and 2323, based upon the defendant pleading guilty to 18 U.S.C. § 2320, and agreeing to the forfeiture of the property listed in the July 22, 2014 Preliminary Order of Forfeiture, to wit:

**Real and Personal Property:**

a) All counterfeit articles seized, including but not limited to various gun parts and accessories;

b) Real property having the street address of 1025 Daybreak Bluff Drive, Cary, North Carolina 27519, and as more particularly described in a deed recorded in Deed Book 013894, Page 00924 of the Wake County Registry;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30

1

consecutive days, between August 20, 2014 and September 18, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are listed as follows: Universal American Mortgage Company, LLC and the Wake County Revenue Office;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Universal American Mortgage Company, LLC, via certified mail on October 2, 3 and 6, 2014 by agents of the U.S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the Wake County Revenue Office, via certified mail on October 1, 2014 by an agent of the U. S. Postal Service;

AND WHEREAS, service upon the subject real property was executed by posting of the Preliminary Order of Forfeiture on the property by an agent of the United States Department of Homeland Security on August 22, 2014;

2

AND WHEREAS, service upon the subject personal property was served while in the custody of the United States Department of Homeland Security on August 22, 2014;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's July 22, 2014 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the July 22, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Homeland Security and/or the United States Department of Treasury is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 10 March 2015.

_____
W. Earl Britt
Senior U.S. District Judge